Andrew M. Carroll, Esquire
285 Chestnut Street
Hammonton, NJ 08037
(856) 426-9815
AMC/0842

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| In Re.: Williams, Aaron | : | Chapter 7 |
| | : | |
| Debtor | : | Case No. 17-30668 - KCF |

## APPLICATION FOR ORDER SHORTENING

## TIME PERIOD FOR NOTICE FOR NOTICE UNDER FED. R. BANK 9006(c)(1)

The Application of Andrew M. Carroll, respectfully represents:

1. I am the attorney for the debtor in the present case.

2. I respectfully moved this court (with proper notice of motion) to have the present case reinstated, with the protections of the automatic stay.  Concurrent with the present application, I filed a motion to have the debtor's case reinstated.

3. The hearing on the motion to have the case reinstated is scheduled for December 19, 2017 at 10 AM.

4. The only creditor in the present case is the mortgage bank, which has a scheduled sheriff's sale of the debtor's home for December 16, 2017.

5. As such, I respectfully seek to have the motion heard by the Court on it's normal motion hearing date of December 5, 2017 at 10:00 AM.

6. Reduction of time is not prohibited under Fed. R. Bank. P. 9006(c)(2) and the rules listed therein.

WHEREFORE, applicant requests entry of the Order submitted herewith.

    /s/ Andrew M. Carroll
Andrew M. Carroll
285 Chestnut Street
Hammonton, NJ 08037
(856) 426-9815 phone

November 17, 2017