UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**Order Filed on November 17, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Aaron Williams

Case No.: 17-30668

Chapter: 7

Judge: Kathryn C. Ferguson

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: November 17, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

After review of the application of _____Andrew M. Carroll_____ for the reduction of time for a hearing on  Motion to Reinstate Case _____under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____December 19, 2017_____ at 10:00 a.m. in the United States Bankruptcy Court, _____402 East State Street, Trenton, NJ 08609_____, Courtroom No. __2__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: Trustee and all secured creditors by 11/20/2017

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☒ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☐ on the same day as the date of this order, or

☒ within __3__ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

   ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

   ☒ may be presented orally at the hearing.

8.   ☒ Court appearances are required to prosecute the motion/application and any objections.

   ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*