# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | | | |
|---|---|---|---|
| In re: | : | Case no.: | 17-30668 |
| Aaron Williams | : | Chapter: | 7 |
| | : | Judge: | Ferguson |
| Debtor(s) | : | | |

## CERTIFICATION OF NO OBJECTION

I ___Gary A. Nau___, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

☒ Abandonment

☐ Public Sale

☐ Private Sale

☐ Settlement of Controversy

☐ Auctioneer Compensation

Description of Property (if applicable):
108 Northhampton Drive, Willingboro, NJ 08046.

JEANNE A. NAUGHTON, Clerk

Date: 1/5/2018            By: Gary A. Nau

*rev.2/10/17*